# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SHONE EDWARD WILKES | ) | Case No: __3:01CR31-08__ |
| | ) | USM No: __16565-058__ |
| Date of Previous Judgment: __August 16, 2001__ | ) | __Lyle J. Yurko__ |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

   ■ DENIED.   ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: __33__ | Amended Offense Level: __33__ |
| Criminal History Category: __VI__ | Criminal History Category: __VI__ |
| Previous Guideline Range: __235__ to __293__ months | Amended Guideline Range: __235__ to __293__ months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):   The defendant is a Career Offender; therefore, the Amendment has no impact on the guideline calculations in this case.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __August 16, 2001__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: __August 12, 2008__

Effective Date: _____
(if different from order date)

*Frank D. Whitney*
**Frank D. Whitney**
**United States District Judge**