UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:01-cr-00031-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | AMENDMENT 780 SCHEDULING |
| Vs. | ) | ORDER |
| | ) | |
| **SHONE EDWARD WILKES,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the Supplement to the Presentence Report Pursuant to Guideline Amendment 780 ("Supplement") (#654), which the court deems to be its own Motion for Consideration of a Sentence Reduction Under § 3582(c)(2) and Amendment § 780 ("Motion"). Inasmuch as it appears from the Supplement that defendant is likely entitled to immediate release, the parties are encouraged to meet, confer, and report to the court in lieu of the following Scheduling Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that

(1) unless and until defendant affirmatively declines such appointment in a writing filed with this court, the Federal Defender is **APPOINTED** to represent defendant in this matter;

(2) within seven (7) days of the filing of this Order, the government shall file its Response, if any;

1

(3) within fourteen (14) days of the filing of this Order, the defendant shall file his or her Reply, if any, to the government's Response and therein responsively address the findings contained in the Supplement; and

(4) no Response or Reply may exceed five (5) pages and the court will not entertain extensions of time or page limits.

Signed: January 16, 2015

Max O. Cogburn Jr.
United States District Judge